COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Sunil Kumar Mehta and Mehta Investments, Ltd. v. Mohammed Ahmed

Appellate case number: 01-20-00568-CV

Trial court case number: 2017-84654

Trial court: 295th District Court of Harris County

On April 11, 2022, counsel for appellee Mohammed Ahmed filed an Unopposed Motion to Reschedule Oral Argument in the above-referenced appeal due to a conflict with the argument presently scheduled for May 26, 2022 and a pre-paid, non-refundable international family vacation.[1] The motion to postpone oral argument is **GRANTED.** This appeal will be heard on oral argument before Justices Landau, Guerra, and Farris on **Thursday, June 30, 2022 at 1:30 p.m**., per the Clerk's separately issued notice.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                            Acting for the Court

Date: April 14, 2022

Panel consists of Justices Landau, Guerra, and Farris.

---

[1]     The Court encourages all counsel to file vacation letters in advance so that travel may be accommodated, whenever possible, with minimal disruption of the Court's docket and the parties' and counsel's schedules.